## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gina M. Caromano  
          Debtor

CHAPTER 13

BKY. NO. 16-23834 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, and index same on the master mailing list.

Re: Loan # Ending In: 0983

                              Respectfully submitted,

                              **/s/ Joshua I. Goldman, Esquire**  
                              Joshua I. Goldman, Esquire  
                              jgoldman@kmllawgroup.com  
                              Attorney I.D. No. 205047  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              Phone: 215-825-6306  
                              Fax: 215-825-6406  
                              Attorney for Movant/Applicant