**Date: 10/31/2016 Check #:  2473**

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| ⅃, PA 15401 | ***-**-6090 | Single/Withhold | Fed-2/0/PA-0/0 |
| | Pay Period: 10/16/2016 - 10/31/2016 | | Pay Date: 10/31/2016 |

| Current | YTD Amount |
|---|---|
| 875.00 | 13,556.25 |

| Current | YTD Amount |
|---|---|
| -8.75 | -135.58 |
| -2.17 | -43.40 |
| 0.00 | |
| -47.00 | -567.00 |
| -54.25 | -840.49 |
| -12.69 | -196.57 |
| -26.86 | -416.18 |
| -0.61 | -9.49 |
| -152.33 | -2,208.71 |
| | |
| 722.67 | 11,347.54 |

'H GALLATIN AVENUE, UNIONTOWN, PA 15401

**Date: 10/31/2016 Check #:  2473**

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| ⅃, PA 15401 | ***-**-6090 | Single/Withhold | Fed-2/0/PA-0/0 |
| | Pay Period: 10/16/2016 - 10/31/2016 | | Pay Date: 10/31/2016 |

| Current | YTD Amount |
|---|---|
| 875.00 | 13,556.25 |

| Current | YTD Amount |
|---|---|
| -8.75 | -135.58 |
| -2.17 | -43.40 |
| 0.00 | |
| -47.00 | -567.00 |
| -54.25 | -840.49 |
| -12.69 | -196.57 |
| -26.86 | -416.18 |
| -0.61 | -9.49 |
| -152.33 | -2,208.71 |
| | |
| 722.67 | 11,347.54 |

'H GALLATIN AVENUE, UNIONTOWN, PA 15401

**Mitchell Orthopedic Associates, Inc.**
180 North Gallatin Avenue
Uniontown, PA 15401

UNITED BANK
UNIONTOWN, PA 15401

69-462/515

CHECK NO.   2469

**722.66

GINA M CAROMANO

Seven Hundred Twenty-Two and 66/100*********************************

10/15/2016

PAY
TO THE     GINA M CAROMANO
ORDER      12 BROOKE SREET
OF:        UNIONTOWN, PA 15401

AUTHORIZED SIGNATURE

Pay Period: 10/01/2016 - 10/15/2016

⑈00 24 69⑈ ⑉0515046 23⑈ 2 00057340⑈

---

**Mitchell Orthopedic Associates, Inc.**

Date: 10/15/2016 Check #: 2469

Employee
GINA M CAROMANO, 12 BROOKE SREET UNIONTOWN, PA 15401

SSN XXX-XX-3060
Status (Fed/State) Single/Withhold
Pay Period: 10/01/2016 - 10/15/2016
Allowances/Extra Fed-2/0/PA-0/0
Pay Date: 10/15/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 70.00 | 12.50 | 875.00 | 12,681.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - 1% | -8.75 | -126.83 |
| Local Service Tax | -2.17 | -41.23 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -47.00 | -520.00 |
| Social Security Employee | -54.25 | -786.24 |
| Medicare Employee | -12.69 | -183.88 |
| PA - Withholding | -26.86 | -389.32 |
| PA - Unemployment Employee | -0.62 | -8.88 |
| | -152.34 | -2,056.38 |

| Net Pay | 722.66 | 10,624.87 |
|---|---|---|

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

---

**Mitchell Orthopedic Associates, Inc.**

Date: 10/15/2016 Check #: 2469

Employee
GINA M CAROMANO, 12 BROOKE SREET UNIONTOWN, PA 15401

SSN XXX-XX-3060
Status (Fed/State) Single/Withhold
Pay Period: 10/01/2016 - 10/15/2016
Allowances/Extra Fed-2/0/PA-0/0
Pay Date: 10/15/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 70.00 | 12.50 | 875.00 | 12,681.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - 1% | -8.75 | -126.83 |
| Local Service Tax | -2.17 | -41.23 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -47.00 | -520.00 |
| Social Security Employee | -54.25 | -786.24 |
| Medicare Employee | -12.69 | -183.88 |
| PA - Withholding | -26.86 | -389.32 |
| PA - Unemployment Employee | -0.62 | -8.88 |
| | -152.34 | -2,056.38 |

| Net Pay | 722.66 | 10,624.87 |
|---|---|---|

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

## Mitchell Orthopedic Associates, Inc.

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

Date: 09/30/2016 Check #: 2457
SSN ***-**-6090  Status (Fed/State) Single/Withhold
Pay Period: 09/16/2016 - 09/30/2016
Allowances/Extra Fed-2/0/PA-0/0
Pay Date: 09/30/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 77.00 | 12.50 | 962.50 | 11,806.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - 1% | | | -9.63 | -118.08 |
| Loca Service Tax | | | -2.17 | -39.06 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -60.00 | -473.00 |
| Social Security Employee | | | -59.68 | -731.99 |
| Medicare Employee | | | -13.96 | -171.19 |
| PA - Withholding | | | -29.55 | -362.46 |
| PA - Unemployment Employee | | | -0.67 | -8.26 |
| | | | -175.66 | -1,904.04 |

| Net Pay | | | 786.84 | 9,902.21 |

---

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

---

## Mitchell Orthopedic Associates, Inc.

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

Date: 09/30/2016 Check #: 2457
SSN ***-**-6090  Status (Fed/State) Single/Withhold
Pay Period: 09/16/2016 - 09/30/2016
Allowances/Extra Fed-2/0/PA-0/0
Pay Date: 09/30/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 77.00 | 12.50 | 962.50 | 11,806.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - 1% | | | -9.63 | -118.08 |
| Local Service Tax | | | -2.17 | -39.06 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -60.00 | -473.00 |
| Social Security Employee | | | -59.68 | -731.99 |
| Medicare Employee | | | -13.96 | -171.19 |
| PA - Withholding | | | -29.55 | -362.46 |
| PA - Unemployment Employee | | | -0.67 | -8.26 |
| | | | -175.66 | -1,904.04 |

| Net Pay | | | 786.84 | 9,902.21 |

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLAT N AVENUE, UNIONTOWN, PA 15401

5

Form #C29 - To Reorder call Chax, Inc. 1-800-354-MICR or place order at www.chax.co

Mitchell Orthopedic Associates, Inc.
180 North Gallatin Avenue
Uniontown, PA 15401

UNITED BANK
UNIONTOWN, PA 15401

69 462/515

CHECK NO. 2453

**722.68

GINA M CAROMANO

09/15/2016

Seven Hundred Twenty-Two and 68/100***************************

PAY
TO THE
ORDER
OF
GINA M CAROMANO
12 BROOKE SREET
UNIONTOWN, PA 15401

AUTHORIZED SIGNATURE

Pay Period: 09/01/2016 - 09/15/2016

⑈002453⑈ ⑊051504523⑈ 2100057340⑈

---

Mitchell Orthopedic Associates, Inc.

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

Date: 09/15/2016 Check #: 2453

SSN                Status (Fed/State)          Allowances Fed/State
***-**-0090        Single/Withheld             Fed-2/0/PA-0/0
Pay Period: 09/01/2016 - 09/15/2016            Pay Date: 09/15/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 70:00 | 12.50 | 875.00 | 10,843.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - 1% | | | -8.75 | -108.45 |
| Local Service Tax | | | -2.17 | -36.89 |
| Medicare Employee Addl Tax | | | -0.00 | |
| Federal Withholding | | | -47.00 | -413.00 |
| Social Security Employee | | | -54.25 | -672.31 |
| Medicare Employee | | | -12.69 | -157.23 |
| PA - Withholding | | | -26.85 | -332.91 |
| PA - Unemployment Employee | | | -0.61 | -7.59 |
| | | | -152.32 | -1,728.38 |

| Net Pay | | | 722.68 | 9,115.37 |

---

MITCHELL ORTHOPEDIC ASSOCIATES, INC, 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

---

Mitchell Orthopedic Associates, Inc.

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

Date: 09/15/2016 Check #: 2453

SSN                Status (Fed/State)          Allowances Fed/State
***-**-0090        Single/Withheld             Fed-2/0/PA-0/0
Pay Period: 09/01/2016 - 09/15/2016            Pay Date: 09/15/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 70:00 | 12.50 | 875.00 | 10,843.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - 1% | | | -8.75 | -108.45 |
| Local Service Tax | | | -2.17 | -36.89 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -47.00 | -413.00 |
| Social Security Employee | | | -54.25 | -672.31 |
| Medicare Employee | | | -12.69 | -157.23 |
| PA - Withholding | | | -26.85 | -332.91 |
| PA - Unemployment Employee | | | -0.61 | -7.59 |
| | | | -152.32 | -1,728.38 |

| Net Pay | | | 722.68 | 9,115.37 |

MITCHELL ORTHOPEDIC ASSOCIATES, INC, 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

## Mitchell Orthopedic Associates, Inc.

Date: 08/31/2016 Check #: 2444

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

SSN
***-**-6090

Status (Fed/State)
Single/Withhold

Allowances/Extra
Fed-2/0/PA-0/0

Pay Period: 08/16/2016 - 08/31/2016

Pay Date: 08/31/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 68:30 | 12.50 | 856.25 | 9,968.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - 1% | -8.56 | -99.70 |
| Local Service Tax | -2.17 | -34.72 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -44.00 | -366.00 |
| Social Security Employee | -53.08 | -618.06 |
| Medicare Employee | -12.42 | -144.55 |
| PA - Withholding | -26.29 | -306.05 |
| PA - Unemployment Employee | -0.60 | -6.98 |
| | -147.12 | -1,576.06 |

| Net Pay | 709.13 | 8,392.69 |
|---|---|---|

MITCHELL ORTHOPEDIC ASSOCIATES, INC, 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

---

## Mitchell Orthopedic Associates, Inc.

Date: 08/31/2016 Check #: 2444

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

SSN
***-**-6090

Status (Fed/State)
Single/Withhold

Allowances/Extra
Fed-2/0/PA-0/0

Pay Period: 08/16/2016 - 08/31/2016

Pay Date: 08/31/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages | 68:30 | 12.50 | 856.25 | 9,968.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - 1% | -8.56 | -99.70 |
| Local Service Tax | -2.17 | -34.72 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -44.00 | -366.00 |
| Social Security Employee | -53.08 | -618.06 |
| Medicare Employee | -12.42 | -144.55 |
| PA - Withholding | -26.29 | -306.05 |
| PA - Unemployment Employee | -0.60 | -6.98 |
| | -147.12 | -1,576.06 |

| Net Pay | 709.13 | 8,392.69 |
|---|---|---|

MITCHELL ORTHOPEDIC ASSOCIATES, INC, 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

5

Form #C29 - To Reorder call Chax, Inc. 1-800-354-MICR or place order at www.chax.co

Mitchell Orthopedic Associates, Inc.
180 North Gallatin Avenue
Uniontown, PA 15401

UNITED BANK
UNIONTOWN, PA 15401

69-462/515

CHECK NO. 2440

**887.14

GINA M CAROMANO

08/15/2016

Eight Hundred Eighty-Seven and 14/100**********************************

PAY
TO THE
ORDER
OF.

GINA M CAROMANO
12 BROOKE SREET
UNIONTOWN, PA 15401

AUTHORIZED SIGNATURE

Pay Period: 08/01/2016 - 08/15/2016

⑆002440⑆ ⑉051504823⑉ 2100057340⑈

---

Mitchell Orthopedic Associates, Inc.

Date: 08/15/2016 Check #: 2440

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

| SSN | Status (Fed/State) | Allowances/Extra |
|-----|--------------------|------------------|
| ***-**-8090 | Single/Withheld | 1 00 2/00/PA-0/0 |
| Pay Period: 08/01/2016 - 08/15/2016 | | Pay Date: 08/15/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|--------------------|-------|------|---------|------------|
| Wages | 88.00 | 12.50 | 1,100.00 | 9,112.50 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Local - 1% | -11.00 | -91.14 |
| Local Service Tax | -2.17 | -32.55 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -81.00 | -322.00 |
| Social Security Employee | -68.20 | -564.98 |
| Medicare Employee | -15.95 | -132.13 |
| PA - Withholding | -33.77 | -279.76 |
| PA - Unemployment Employee | -0.77 | -6.33 |
| | -212.86 | -1,428.94 |

| | Current | YTD Amount |
|---|---------|------------|
| Net Pay | 887.14 | 7,683.56 |

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

---

Mitchell Orthopedic Associates, Inc.

Date: 08/15/2016 Check #: 2440

Employee
GINA M CAROMANO, 12 BROOKE SREET, UNIONTOWN, PA 15401

| SSN | Status (Fed/State) | Allowances/Extra |
|-----|--------------------|------------------|
| ***-**-8090 | Single/Withheld | 1 00 2/00/PA-0/0 |
| Pay Period: 08/01/2016 - 08/15/2016 | | Pay Date: 08/15/2016 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|--------------------|-------|------|---------|------------|
| Wages | 88.00 | 12.50 | 1,100.00 | 9,112.50 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Local - 1% | -11.00 | -91.14 |
| Local Service Tax | -2.17 | -32.55 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -81.00 | -322.00 |
| Social Security Employee | -68.20 | -564.98 |
| Medicare Employee | -15.95 | -132.13 |
| PA - Withholding | -33.77 | -279.76 |
| PA - Unemployment Employee | -0.77 | -6.33 |
| | -212.86 | -1,428.94 |

| | Current | YTD Amount |
|---|---------|------------|
| Net Pay | 887.14 | 7,683.56 |

MITCHELL ORTHOPEDIC ASSOCIATES, INC. 180 NORTH GALLATIN AVENUE, UNIONTOWN, PA 15401

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA  15401

Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

---

| Employee Pay Stub | Check number: 11992 | | | | Pay Period: 10/01/2016 - 10/15/2016 | | Pay Date: 10/21/2016 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Gina M. Caromano, 12 Brooke Street, Uniontown,, PA 15401 | | | | | ***-**-6090 | Single/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 33.00 | 8.00 | 264.00 | 4,272.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -2.64 | -42.72 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -238.00 |
| Social Security Employee | -16.36 | -264.86 |
| Medicare Employee | -3.82 | -61.94 |
| PA - Withholding | -8.11 | -131.18 |
| PA - Unemployment Employee | -0.18 | -2.99 |
| | -48.11 | -741.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -43.40 |
| Personal Loan | -10.00 | -80.00 |
| | -12.17 | -123.40 |

| Net Pay | 203.72 | 3,406.91 |

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA  15401

Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

| Employee Pay Stub | Check number: 11970 | Pay Period: 09/16/2016 - 09/30/2016 | Pay Date: 10/06/2016 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Gina M. Caromano  12 Brooke Street, Uniontown,, PA 15401 | ***-**-6090 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 19.00 | 8.00 | 152.00 | 4,008.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -1.52 | -40.08 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -6.00 | -221.00 |
| Social Security Employee | -9.43 | -248.50 |
| Medicare Employee | -2.21 | -58.12 |
| PA - Withholding | -4.67 | -123.07 |
| PA - Unemployment Employee | -0.11 | -2.81 |
| | -23.94 | -693.58 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -41.23 |
| Personal Loan | -10.00 | -70.00 |
| | -12.17 | -111.23 |

| Net Pay | 115.89 | 3,203.19 |
|---|---|---|

Powered by **Intuit Payroll**

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA  15401

Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

---

**Employee Pay Stub**          Check number: 11948          Pay Period: 09/01/2016 - 09/15/2016          Pay Date: 09/21/2016

| Employee | SSN |
|---|---|
| Gina M  Caromano, 12 Brooke Street, Uniontown,, PA 15401 | ***-**-6090 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 23.50 | 8.00 | 188.00 | 3,856.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -1.88 | -38.56 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -9.00 | -215.00 |
| Social Security Employee | -11.65 | -239.07 |
| Medicare Employee | -2.72 | -55.91 |
| PA - Withholding | -5.77 | -118.40 |
| PA - Unemployment Employee | -0.13 | -2.70 |
| | -31.15 | -669.64 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -39.06 |
| Personal Loan | | -60.00 |
| | -2.17 | -99.06 |

| Net Pay | 154.68 | 3,087.30 |
|---|---|---|

Powered by Intuit Payroll

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA  15401

Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

---

| Employee Pay Stub | Check number: 11924 | Pay Period: 08/16/2016 - 08/31/2016 | Pay Date: 09/06/2016 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Gina M. Caromano, 12 Brooke Street  Uniontown,, PA 15401 | ***-**-6090 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 25.00 | 8.00 | 200.00 | 3,668.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -2.00 | -36.68 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -11.00 | -206.00 |
| Social Security Employee | -12.40 | -227.42 |
| Medicare Employee | -2.90 | -53.19 |
| PA - Withholding | -6.14 | -112.63 |
| PA - Unemployment Employee | -0.14 | -2.57 |
| | -34.58 | -638.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -36.89 |
| Personal Loan | | -60.00 |
| | -2.17 | -96.89 |

| Net Pay | 163.25 | 2,932.62 |
|---|---|---|

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA  15401

Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

---

| Employee Pay Stub | Check number: 11896 | | Pay Period: 08/01/2016 - 08/15/2016 | | Pay Date: 08/21/2016 |
|---|---|---|---|---|---|

| Employee | | | SSN | | |
|---|---|---|---|---|---|
| Gina M. Caromano, 12 Brooke Street, Uniontown,, PA 15401 | | | ***-**-6090 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 23.50 | 8.00 | 188.00 | 3,468.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -1.88 | -34.68 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -9.00 | -195.00 |
| Social Security Employee | -11.66 | -215.02 |
| Medicare Employee | -2.73 | -50.29 |
| PA - Withholding | -5.77 | -106.49 |
| PA - Unemployment Employee | -0.13 | -2.43 |
| | -31.17 | -603.91 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -34.72 |
| Personal Loan | | -60.00 |
| | -2.17 | -94.72 |

| Net Pay | 154.66 | 2,769.37 |
|---|---|---|

FC Payroll 2004
366 S. Mt. Vernon Ave.
Uniontown, PA 15401


Gina M. Caromano
12 Brooke Street
Uniontown,, PA 15401

---

| Employee Pay Stub | | Check number: 1`870 | | | Pay Period: 07/16/2016 - 07/31/2016 | | Pay Date: 08/05/2016 |
|---|---|---|---|---|---|---|---|

**Employee** | | | | | **SSN**
Gina M. Caromano, 12 Brooke Street, Uniontown, PA 15401 | | | | | \*\*\*-\*\*-6090

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 33.25 | 8.00 | 266.00 | 3,280.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SouthWestTax | -2.66 | -32.80 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -186.00 |
| Social Security Employee | -16.49 | -203.36 |
| Medicare Employee | -3.86 | -47.56 |
| PA - Withholding | -8.17 | -100.72 |
| PA - Unemployment Employee | -0.19 | -2.30 |
| | -48.37 | -572.74 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local ServicesTax | -2.17 | -32.55 |
| Personal Loan | | -60.00 |
| | -2.17 | -92.55 |

| Net Pay | 215.46 | 2,614.71 |
|---|---|---|

---

Powered by **Intuit Payroll**

File   Field Options   Help   Navigation Menu   PACSES Help

Func: [_____]   **FSUM**   **Case Financial Summary**   GBAYLES   11/04/16   15:45

CASE ID: [852106500]   No. Orders [001]   Tran Type: [DB]   Case Balance:   -577.76

Plnt:   0019101347   GINA M. CAROMANO   Active Att : [Y]

Def:   1019101343   BERNARD C. BROWN SR

Data prior to   01/01/14   is archived

| DATE | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/01/16 | DISBURSEMENT ISSUED | 147.76 | -577.76 |
| 10/31/16 | DISBURSEMENT ISSUED | 67.24 | -860.00 |
| 10/17/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 10/03/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 09/19/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 09/06/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 08/22/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 08/08/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 07/25/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 07/11/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 06/24/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 06/13/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |

S-#000: COMMAND COMPLETED

[BACK]   [CSUM]   [CINQ]

PACSES - PROFILE CENTER...

File   Field Options   Help   Navigation Menu   PACSES Help

Func: [          ]          **FSUM**          Case Financial Summary          GBAYLES     11/04/16     15:45

CASE ID: [852106500]     No. Orders: [001]     Tran Type: [DB]          Case Balance:          -577.76
Plnt:   0019101347          GINA M. CAROMANO                              Active Att :  [Y]
Def:   1019101343          BERNARD C. BROWN SR
                          Data prior to     01/01/14     is archived

| DATE | Description | Amount | Balance |
|---|---|---|---|
| 05/31/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 05/16/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 04/18/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 04/04/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 03/21/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 03/07/16 | DISBURSEMENT ISSUED | 25.00 | -577.76 |
| 03/07/16 | DISBURSEMENT ISSUED | 190.00 | -577.76 |
| 02/22/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 02/08/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 01/25/16 | DISBURSEMENT ISSUED | 215.00 | -792.76 |
| 01/11/16 | DISBURSEMENT ISSUED | 215.00 | -577.76 |
| 12/22/15 | DISBURSEMENT ISSUED | 215.00 | -792.76 |

S #0003 COMMAND COMPLETED

[BACK]   [CSUM]  [CINQ]