UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** GINA M. CAROMANO
**Case Number:** 16-23834-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 27, 2017 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#15- Final Confirmation of Plan Dated 11/2/2016 (NFC)
R / M #: 15 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor: Warmbrodt for PNC

[RECEIVED 2017 APR 27 P 3:05 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 6/1/17
   Objections are due on or before 6/22/17
   A hearing on the Amended Plan is set for 7/6/17 at 9:30 am.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

No unsecureds
Continued to give Debtor time to negotiate with PNC & to file an amended plan.

4/20/2017    1:54:32PM