File No. 8171-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gina M. Caromano, | : | Case No.  16-23834 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 34 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on May 2, 2016, I served a copy of the Court's April 27, 2016, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Mitchell Orthopedic Associates, Attn: Payroll Manager, 180 North Gallatin Avenue, Uniontown, PA 15401

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: May 2, 2017

                                        ZEBLEY MEHALOV & WHITE, P.C.

                                        BY

                                        /s/ Daniel R. White
                                            Daniel R. White
                                            PA I.D. No. 78718
                                            P.O. Box 2123
                                            Uniontown, PA 15401
                                            724-439-9200
                                            Email: dwhite@Zeblaw.com
                                            Attorneys for Debtor