IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gina M. Caromano, | : | Case No.  16-23834 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 50 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on March 8, 2018, I served a copy of the Court's March 8, 2018 , wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Mitchell Orthopedic Associates, Attn: Payroll Manager, 180 North Gallatin Avenue, Uniontown, PA 15401

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 8, 2018

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
        Daniel R. White
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        Email: dwhite@Zeblaw.com
        Attorneys for Debtor