UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Case No.  16-23834 GLT |
|---|---|---|
| Gina M. Caromano, | : | Chapter 13 |
| Debtor. | : | Document No. |
| Gina M. Caromano, | : | |
| Movant, | : | |
| vs. | : | |
| No Respondents. | : | |

### NOTARIZED AFFIDAVIT

Before me the undersigned authority personally appeared Debtor's counsel, Daniel R. White, who being duly sworn deposes and states as follows:

1. Debtor's current mailing address is: 122 Brooke Street, Uniontown, PA 15401.
2. Debtor failed to comply with the current plan payment of $655 due to issues with her wage attachment and lost money orders.
3. Attached hereto is documentary proof that Debtor has made payments totaling $850.00 since the filing of the Certificate of Default.

_____
Daniel R. White

Sworn to before me this

8th day of March, 2018

_____
Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY S. ZEBLEY, NOTARY PUBLIC
CITY OF UNIONTOWN, FAYETTE COUNTY
MY COMMISSION EXPIRES JUNE 19, 2021



**13Network**

ZEBLEY LAW OFFICES    Case Query

Enter Case Number, Name, Social Security Number, or @1st Address Line: [ ] Go

LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | MATTERS |

| 16-23834GLT | GINA M. CAROMANO | (xxx-xx-6090) | C/O DANIEL R WHITE ESQ • ZEBLEY MEHALOV & WHITE PC • UNIONTOWN • PA • 15401 | $552.50 MO/$1( |

Trustee: Ronda J. Winnecour    Attorney: DANIEL R WHITE ESQ

Print Page   Printer Friendly

## FINANCIAL SUMMARY - CASE 16-23834

MITCHELL ORTHOPEDIC ASSOCIATES paying **$552.50** MONTHLY for GINA M. CAROMANO
GINA M. CAROMANO paying **$102.50** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date ▾   Select Claim ID ▾   Select Payee Name ▾    Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 2/26/2018 | | | 22690661 2-13-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $300.00 | | |
| 2/20/2018 | | | 22574378 1-15-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 11/17/2017 | | | 22213314 10-15-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 8/10/2017 | | | 21943337 8-7-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 7/10/2017 | | | 21806830 7/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 6/6/2017 | | | 1632871 5-31-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 5/8/2017 | | | 21509197 5/1/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 3/6/2017 | | | 21214046 2-28-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 2/6/2017 | | | 21071755 1-31-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 1/5/2017 | | | 20934492 12-30-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $550.00 | | |
| 12/5/2016 | | | 20794198 11-30-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $225.00 | | |
| 11/21/2016 | | | 20748820 11/15/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $225.00 | | |
| | | | | Totals: | $5,700.00 | $0.00 | |