# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** GINA M. CAROMANO
**Case Number:** 16-23834-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 05, 2018 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#46 - Trustee's Certificate of Default to Dismiss
# 52 - Response with proof of payment filed by debtor
R / M #: 46 / 0

### Appearances:

Debtor:    *Ubley*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 7/26/18 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/29/2018    3:07:17PM