UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GINA M. CAROMANO |
| **Case Number:** | 16-23834-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 26, 2018 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/27/18 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#46 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  46 / 0

*Appearances:*

Debtor: Tenley
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Wambrett - PNC

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  9/27/18  at  11:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

7/23/2018  8:10:27AM