# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |
|---|---|---|
| **Debtor:** | GINA M. CAROMANO | |
| **Case Number:** | 16-23834-GLT | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 27, 2018 11:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

### Matter:

#46 - Continued Trustee's Certificate of Default to Dismiss

R / M #:  46 / 0

### Appearances:

Debtor:  *White*

Trustee:  Winnecour / Pail / (Katz) / DeSimone

Creditor:  *Warmbrodt for PNC*

*Debtor lost job, no current prospects*

*Plan arrears $5985 thru 9/18*

*Last payment 5/8/18*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✔__ Other:

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he has no defense.

9/20/2018  10:09:34AM