Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gina M. Caromano** | : | Case No. 16−23834−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 9/27/2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 1st of October, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gina M. Caromano  
    Debtor

Case No. 16-23834-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 2    Date Rcvd: Oct 01, 2018  
                        Form ID: 309    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
```
db              +Gina M. Caromano,    12 Brooke Street,    Uniontown, PA 15401-4103
14304833         Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14304834        +Chestnut Ridge Counseling Services, Inc.,    100 New Salem Road, Suite 116,
                 Uniontown, PA 15401-8936
14304835       #+Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
14304838        +Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14304840        +KML Law Group,    701 Market Street--Suite 5000,    Philadelphia, PA 19106-1538
14304841         Laurel Medical Imaging Associates,    2 West Main Street--Suite 110,    Uniontown, PA 15401-3450
14318544         North Fayette County Municipal Authority,    1634 University Drive,    P.O. Box 368,
                 Dunbar, PA 15431-0368
14304843         PNC Bank,    P.O. Box 609,    Pittsburgh, PA 15230-0609
14376687        +PNC Bank, NA,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankruptcy,
                 3232 Newmark Drive,    Maimisburg, OH 45342-5421
14304844        +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14304842        #Penn Credit Corporation,    916 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
14304845        +South Union Township Sewage Authority,    P.O. Box 2047,    Uniontown, PA 15401-1647
14304846         Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14304848        +Yablonski, Costello & Leckie,    505 Washington Trust Building,    30 East Beau Street,
                 Washington, PA 15301-4738
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14304832        +E-mail/Text: holly.tylka@advanceddisposal.com Oct 02 2018 03:34:12     Advanced Disposal,
                 P.O. Box 266,    1184 McClellandtown Road,    McClellandtown, PA 15458-1118
14304836         EDI: CREDPROT.COM Oct 02 2018 07:18:00      Credit Protection Association,    P.O. Box 802068,
                 Dallas, TX 75380-2068
14304837         EDI: DISCOVER.COM Oct 02 2018 07:18:00      Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
14304839         E-mail/Text: corin@fricktricountyfcu.org Oct 02 2018 03:34:42
                 Frick Tri-County Federal Credit Union,    235 Pittsburgh Street,    Uniontown, PA 15401-2751
14304847        +EDI: VERIZONCOMB.COM Oct 02 2018 07:18:00      Verizon,    Attn: Bankruptcy,
                 3900 Washington Street,    Wilmington, DE 19802-2126
                                                                                               TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGE
                                                                                TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Gina M. Caromano dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER
               TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY
               BANK OF INDIANA bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER
               TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL
               CITY BANK OF INDIANA bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Oct 01, 2018
                              Form ID: 309            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                      TOTAL: 5