**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GINA M. CAROMANO

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:16-23834 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2016 and confirmed on 12/12/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 7,040.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,040.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,642.45 | |
|   Trustee Fee | 306.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,949.37 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 0983 | 0.00 | 4,090.63 | 0.00 | 4,090.63 |
| PNC BANK NA<br>Acct: 0983 | 10,763.66 | 0.00 | 0.00 | 0.00 |
| N FAYETTE CO MUNICIPAL AUTH<br>Acct: REET | 374.65 | 0.00 | 0.00 | 0.00 |
| SOUTH UNION TWP SEWAGE AUTH<br>Acct: 981 | 3,419.00 | 0.00 | 0.00 | 0.00 |
| YABLONSKI COSTELLO & LECKIE PC<br>Acct: 2008 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,090.63 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GINA M. CAROMANO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 3,000.00 | 2,642.45 | 0.00 | 0.00 |

| 16-23834 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4514 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6481 | | | | |
| CHESTNUT RIDGE COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2845 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2996 | | | | |
| FRICK TRI-COUNTY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| FRICK TRI-COUNTY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5002 | | | | |
| LAUREL MEDICAL IMAGING ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5472 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1713 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | *** N O N E *** | | | |

TOTAL PAID TO CREDITORS                                                                                     4,090.63

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 14,557.31 |
| UNSECURED | 0.00 |

Date: 11/05/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com